IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JANALDO TERRELL SCOTT, #208 278, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 2:12cv-446-WHA |
| ) | |
| WARDEN WILLIE THOMAS, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #20), entered on March 23, 2015. There being no timely objection filed to the Recommendation, and after a *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The petition for habeas corpus relief is DENIED as it was not filed within the period of limitation established by applicable federal law.

2. This case is DISMISSED with prejudice.

DONE this 20th day of April, 2015.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE